UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FELIX LEONARDO RAMIREZ,<br><br>                              Defendant. | Case No.: 20-CR-0703-GPC<br><br>**ORDER SHORTENING TIME** |

Upon the motion of the Government, and good cause appearing therefrom, **IT IS HEREBY ORDERED** that the United States' Sentencing Summary Chart (Dkt. 42) in this matter may be filed on November 10, 2020, instead of November 6, 2020.

**IT IS SO ORDERED.**

Dated:  November 10, 2020

_____
Hon. Gonzalo P. Curiel
United States District Judge